**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00823-CR

### DARIUS LASHAWN WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81335-2011**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE